ELLISON FOLK (State Bar No. 149232)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
folk@smwlaw.com
rgallagher@smwlaw.com

Attorneys for Plaintiff
COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24−CV−03643−WBS−CSK<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>Date; April 21, 2025<br>Time: 1:30 p.m.<br>Judge: William B. Shubb<br>Courtroom: 5<br><br>Action Filed: December 20, 2024 |

Pursuant to Local Rules 143 and 144, and subject to the approval of the Court, Plaintiff Community Environmental Advocates Foundation and Defendant Rise Grass Valley, Inc. (collectively, "Parties"), by and through their respective counsel, hereby stipulate and request that the Court continue the Initial Scheduling Conference and related deadlines for a period of ninety-eight (98) days in light of ongoing settlement discussions that could allow for an early resolution of this action without the need for discovery, motions, or trial, as set forth below.

## RECITALS

Plaintiff filed the Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action on December 20, 2024.[1] The Complaint alleges that Defendant Rise Grass Valley, Inc. has violated and continues to violate the federal Clean Water Act by allowing pollutants associated with historical mining operations to discharge from point sources to waters of the United States without a permit. Defendant consented to waiver of service of summons on March 17, 2025. *See* Dkts. 4 & 5.

Counsel for the Parties have been engaged in extensive discussions regarding potential settlement of this action since November 2024, prior to the filing of the Complaint. Those discussions have been ongoing and productive, and the Parties believe that there is a significant likelihood of an early settlement. Accordingly, to conserve the resources of the Parties and the Court, and to allow the Parties to focus their efforts on settlement and avoid potentially unnecessary litigation expenses, the Parties hereby stipulate and respectfully request to continue the Initial Scheduling Conference—as well as all initial disclosure and Rule 26(f) obligations—for a period of approximately ninety-eight (98) days.

No previous extensions of any kind have been requested or granted in this case.

**NOW, THEREFORE,** the parties, by and through their counsel, stipulate and agree as follows and request that the Court enter the [Proposed] Order submitted concurrently herewith:

---

[1] The Complaint also named as a defendant Rise Gold Corp. *See* Dkt. 1 ¶¶ 1, 27. On March 19, 2025, Plaintiff filed a notice of voluntary dismissal without prejudice as to Rise Gold Corp. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1). *See* Dkt. 7. Following the voluntary dismissal of Rise Gold Corp., Rise Grass Valley, Inc. is the sole defendant in this action.

**STIPULATION**

1. The date of the Initial Scheduling Conference in this case is continued for ninety-eight (98) days, from April 21, 2025 to July 28, 2025, at 1:30 p.m.[2]

2. Pursuant to Federal Rules of Civil Procedure 16 and 26, the corresponding deadline for meeting and conferring regarding initial disclosures and other pretrial matters is continued until 28 days before the Initial Scheduling Conference (from March 31, 2025, to June 30, 2025), and the deadline for filing the Rule 26(f) report is continued until 14 days before Initial Scheduling Conference (from April 14, 2025, to July 14, 2025).

3. A proposed revised case management schedule incorporating the above dates is provided in the table below:

| Proposed Revisions to Case Schedule | | |
|---|---|---|
| Event | Current Date | Proposed New Date |
| Deadline to meet and confer regarding matters set forth in FRCP 16(a) and 26(f) | March 31, 2025 | June 30, 2025 |
| Deadline to file report under Rule 26(f) | April 14, 2025 | July 14, 2025 |
| Initial Scheduling Conference | April 21, 2025 | July 28, 2025 |

DATED: March 26, 2025          SHUTE, MIHALY & WEINBERGER LLP

By: /s/ Ryan K. Gallagher
ELLISON FOLK
RYAN K. GALLAGHER
Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

DATED: March 26, 2025          HANSON BRIDGETT LLP

By: /s/ Sean G. Herman (as authorized on 3/25/25)
SEAN G. HERMAN
CHRISTOPHER L. POWELL
THOMAS HAN
Attorneys for Defendant RISE GRASS VALLEY, INC.

---

[2] Pursuant to the Court's standing guidance, counsel for Plaintiff contacted the Court's courtroom deputy, who confirmed the availability of the July 28, 2025 date.

**ORDER**

Upon the stipulation of the Parties, and for good cause shown, the Court hereby ORDERS as follow:

1. The date of the Initial Scheduling Conference in this case is continued for ninety-one (91) days, from April 21, 2025 to **July 28, 2025, at 1:30 p.m.**

2. The corresponding deadline for meeting and conferring regarding initial disclosures and the other pretrial matters set forth in Federal Rules of Civil Procedure 16(a) and 26(f) is continued until 28 days before the Initial Scheduling Conference (from March 31, 2025, to June 30, 2025), and the deadline for filing the Rule 26(f) report is continued from April 14, 2025, to **July 14, 2025**.

**IT IS SO ORDERED.**

Dated: March 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE