HANSON BRIDGETT LLP
CHRISTOPHER L. POWELL, SBN 253238
cpowell@hansonbridgett.com
SEAN G. HERMAN, SBN 302261
sherman@hansonbridgett.com
ROSSLYN HUMMER, SBN 190615
rhummer@hansonbridgett.com
THOMAS M. HAN, SBN 357926
than@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
RISE GRASS VALLEY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC. AND RISE GOLD CORP.,<br><br>Defendants. | Case No. 2:24-CV-03643-WBS-CSK<br><br>**NOTICE OF APPEARANCE**<br><br>Comp. Filed:    Dec. 20, 2024<br><br>Judge:    Hon. William B. Shubb |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned, Rosslyn Hummer of the law firm Hanson Bridgett LLP, is admitted to practice in this Court and enter her appearance in this case as counsel for Defendant Rise Grass Valley, Inc.  The filing of this form constitutes the first appearance in this case of the attorney listed below.  Other members of this attorney's firm or agency have previously appeared in the case. By this notice, please serve all future notices and papers on the undersigned as addressed below:

Rosslyn Hummer (SBN 190615)
bhummer@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Tel.:   (415) 777-3200
Fax:   (415) 541-9366

DATED:  September 30, 2025               HANSON BRIDGETT LLP


By:      /S/ *Rosslyn Hummer*
    CHRISTOPHER L. POWELL
    SEAN G. HERMAN
    ROSSLYN HUMMER
    THOMAS M. HAN
    Attorneys for Defendant
    RISE GRASS VALLEY, INC.

**PROOF OF SERVICE**

**Community Environmental Advocates Foundation v. Rise Grass Valley, Inc.
U.S. District Court, ED California Case No. 2:24-CV-03643-WBS-CSK**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 601 W. 5th Street, Suite 300, Los Angeles, CA 90071.

On October 2, 2025, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

| | |
|---|---|
| Ellison Folk<br>Ryan K. Gallagher<br>Shute, Mihlaly & Weinberger LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>T: (415) 552-7272<br>F: (415) 552-5816<br>E: folk@smwlaw.com<br>   rgallagher@smwlaw.com | Attorneys for Plaintiff<br>Community Environmental Advocates Foundation |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 2, 2025, at Los Angeles, California.

/s/ *Silvia Abrignani*
Silvia Abrignani

22209414.1

Case No. 2:24-CV-03643-WBS-CSK

NOTICE OF APPEARANCE