ELLISON FOLK (State Bar No. 149232)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
folk@smwlaw.com
rgallagher@smwlaw.com

Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24−CV−03643−WBS−CSK<br><br>**STIPULATION AND APPLICATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES**<br><br>Date; September 21, 2026<br>Time: 1:30 p.m.<br>Judge: William B. Shubb<br>Courtroom: 5<br><br>Action Filed: December 20. 2024 |

**STIPULATION AND APPLICATION**

Pursuant to Local Civil Rules 143 and 144, and subject to the approval of the Court, Plaintiff Community Environmental Advocates Foundation ("CEA") and Defendant Rise Grass Valley, Inc. (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court modify its July 17, 2025 order setting the existing expert and discovery deadlines (Dkt. 15, "Scheduling Order").

WHEREAS, the Scheduling Order set April 6, 2026 as the last day to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2), Dkt. 15 at 2;

WHEREAS, the Scheduling Order set April 24, 2026 as the last day to disclose experts and produce reports with regard to expert testimony intended solely for rebuttal, *id.*;

WHEREAS, the Scheduling Order set May 22, 2026 as the last day to complete discovery including hearing any motions to compel discovery, *id.* at 3;

WHEREAS, the Scheduling Order set July 10, 2026 as the last day to file all motions except motions for continuances, temporary restraining orders, or other emergency applications, *id.*;

WHEREAS, the Scheduling Order set September 21, 2026 as the date for the Final Pretrial Conference, *id.*;

WHEREAS, the Scheduling Order set November 17, 2026 as the trial start date; *id.* at 4;

WHEREAS, the Parties have been engaged in productive exchanges of discovery but lead counsel for Plaintiff experienced a serious family medical emergency that has compromised Plaintiff's ability to adequately engage in discovery;

WHEREAS, the Parties propose to modify the deadlines for expert disclosures and discovery cutoff to accommodate the family medical emergency of lead counsel for Plaintiff CEA but do not propose modification of any other dates in the Scheduling Order;

WHEREAS, the schedule proposed below will contribute to the efficient conduct and resolution of this case and will best conserve the resources of the Parties and the Court.

WHEREAS, the Parties have not sought a previous extension of any of the particular matters relevant to this extension, pursuant to Local Civil Rule 144(b). The only previous

extension obtained in this case was for the Initial Scheduling Conference and corresponding meet and confer and initial disclosure deadlines, Dkt. 10 at 4.

NOW, THEREFORE, the parties hereby stipulate as follows and request that the Court enter the [Proposed] Order set forth below:

| EVENT | CURRENT DATE | CONTINUED DATE |
|---|---|---|
| Opening expert disclosures and reports | April 6, 2026 | April 27, 2026 |
| Rebuttal expert disclosures and reports | April 24, 2026 | May 29, 2026 |
| Deadline for all discovery, including deadline to hear any discovery motions | May 22, 2026 | June 29, 2026 |

All other pretrial deadlines in the Scheduling Order will remain the same:

| EVENT | DATE |
|---|---|
| Deadline to file all motions | July 10, 2026 |
| Final Pretrial Conference | September 21, 2026 |
| Trial start date | November 17, 2026 |

DATED: February 3, 2026            SHUTE, MIHALY & WEINBERGER LLP

By: _____/s/ Ellison Folk_____
ELLISON FOLK
Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

DATED: February 3, 2026            HANSON BRIDGETT LLP

By: _____/s/ Thomas Han_____
THOMAS HAN
Attorneys for Defendant RISE GRASS VALLEY, INC.

2020418.2