1  ELLISON FOLK (State Bar No. 149232)
   RYAN K. GALLAGHER (State Bar No. 344349)
2  SHUTE, MIHALY & WEINBERGER LLP
   396 Hayes Street
3  San Francisco, California 94102
   Telephone: (415) 552-7272
4  Facsimile: (415) 552-5816
   folk@smwlaw.com
5  rgallagher@smwlaw.com

6  Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL
   ADVOCATES FOUNDATION
7

8              **UNITED STATES DISTRICT COURT**

9     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10  COMMUNITY ENVIRONMENTAL          Case No. 2:24−CV−03643−WBS−CSK
    ADVOCATES FOUNDATION,
11                                   **[PROPOSED] ORDER MODIFYING**
         Plaintiff,                  **PRETRIAL DEADLINES**
12
       v.                            Date; September 21, 2026
13                                   Time: 1:30 p.m.
    RISE GRASS VALLEY, INC.,         Judge: William B. Shubb
14                                   Courtroom: 5
         Defendant.
15                                   Action Filed: December 20. 2024

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[Proposed] Order Re Stipulation And Application To Modify Order Setting Pretrial Deadlines
Case No. 2:24−CV−03643−WBS−CSK

Based on a review of the Stipulation and Application to Modify Order Setting Pretrial Deadlines (the "Stipulation" (Dkt. _____)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

| EVENT | CURRENT DATE | CONTINUED DATE |
|---|---|---|
| Opening expert disclosures and reports | April 6, 2026 | April 27, 2026 |
| Rebuttal expert disclosures and reports | April 24, 2026 | May 29, 2026 |
| Deadline for all discovery, including deadline to hear any discovery motions | May 22, 2026 | June 29, 2026 |

There is no change to the other scheduled pretrial deadlines:

| EVENT | DATE |
|---|---|
| Deadline to file all motions | July 10, 2026 |
| Final Pretrial Conference | September 21, 2026 |
| Trial start date | November 17, 2026 |

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HONORABLE Chi Soo Kim
Magistrate Judge of the Eastern District of
California, Sacramento Division

2019934.2

2

[Proposed] Order Re Stipulation And Application To Modify Order Setting Pretrial Deadlines
Case No. 2:24−CV−03643−WBS−CSK