ELLISON FOLK (State Bar No. 149232)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
folk@smwlaw.com
rgallagher@smwlaw.com

Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24−CV−03643−WBS−CSK<br><br>[~~Proposed~~] **ORDER MODIFYING PRETRIAL DEADLINES**<br><br>Date; September 21, 2026<br>Time: 1:30 p.m.<br>Judge: William B. Shubb<br>Courtroom: 5<br><br>Action Filed: December 20. 2024 |

---

[~~Proposed~~] Order Re Stipulation And Application To Modify Order Setting Pretrial Deadlines
Case No. 2:24−CV−03643−WBS−CSK

Based on a review of the Stipulation and Application to Modify Order Setting Pretrial Deadlines (the "Stipulation" (Dkt. 17)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

| EVENT | CURRENT DATE | CONTINUED DATE |
|---|---|---|
| Opening expert disclosures and reports | April 6, 2026 | April 27, 2026 |
| Rebuttal expert disclosures and reports | April 24, 2026 | May 29, 2026 |
| Deadline for all discovery, including deadline to hear any discovery motions | May 22, 2026 | June 29, 2026 |

There is no change to the other scheduled pretrial deadlines:

| EVENT | DATE |
|---|---|
| Deadline to file all motions | July 10, 2026 |
| Final Pretrial Conference | September 21, 2026 |
| Trial start date | November 17, 2026 |

**IT IS SO ORDERED.**

Dated: February 6, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, comm3643.24

2

[Proposed] Order Re Stipulation And Application To Modify Order Setting Pretrial Deadlines
Case No. 2:24−CV−03643−WBS−CSK