ELLISON FOLK (State Bar No. 149232)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
folk@smwlaw.com
rgallagher@smwlaw.com

Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24−CV−03643−WBS−CSK<br><br>**PLAINTIFF COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date; April 13, 2026<br>Time: 1:30 p.m.<br>Judge: William B. Shubb<br>Courtroom: 5<br><br>Action Filed: December 20, 2024<br><br>Filed Concurrently with Memorandum of Points and Authorities; Statement of Undisputed Facts; Declaration of Ryan K. Gallagher; Declaration of Ralph Silberstein; Declaration of Jonathan Keehn; Declaration of Denise Bellas; Request for Judicial Notice: [Proposed] Order |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 13, 2026, at 1:30 p.m., in Courtroom 5 of the Robert T. Matsui Courthouse located at 501 I Street, Sacramento, California 95814, or as soon thereafter as this matter may be heard, Plaintiff Community Environmental Advocates Foundation ("CEA Foundation") will and hereby does move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial summary judgment in favor of CEA Foundation as to Defendant Rise Grass Valley, Inc.'s ("Rise") liability for violating the federal Clean Water Act, 33 U.S.C. § 1251 *et seq.*, for discharging pollutants to a water of the United States without a permit.

This motion is based upon this notice and the concurrently filed memorandum of points and authorities; statement of undisputed facts; declarations of Ryan K. Gallagher, Ralph Silberstein, Jonathan Keehn, and Denise Bellas, and exhibits attached thereto; request for judicial notice; record of the proceedings to date; and any and all evidence that may be adduced at or before the scheduled hearing.

DATED: February 25, 2026               SHUTE, MIHALY & WEINBERGER LLP

By: _____
ELLISON FOLK

Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

2024598.1