ELLISON FOLK (State Bar No. 149232)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
folk@smwlaw.com
rgallagher@smwlaw.com

Attorneys for Plaintiff COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24−CV−03643−WBS−CSK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date; April 13, 2026<br>Time: 1:30 p.m.<br>Judge: William B. Shubb<br>Courtroom: 5<br><br>Action Filed: December 20. 2024 |

1 **[PROPOSED] ORDER**

2 The Court, having considered Plaintiff Community Environmental Advocates
3 Foundation's Notice of Motion and Motion for Partial Summary Judgment and Memorandum of
4 Points and Authorities in Support thereof (collectively, "Motion"); Defendant Rise Grass
5 Valley, Inc.'s Opposition; and Plaintiff's Reply, together with all pleadings and papers filed or
6 lodged with the Court and all oral or documentary evidence and argument presented at the
7 hearing on the Motion, and good cause appearing thereon, hereby GRANTS summary judgment
8 in favor of Plaintiff as to its claim that Defendant is liable for violating the federal Clean Water
9 Act, 33 U.S.C. § 1325 *et seq.*, for the reasons set forth in Plaintiff's Motion.

10 **IT IS SO ORDERED.**

12 DATED: _____, 2026

Honorable William B. Shubb
United States District Judge

2024811.1