HANSON BRIDGETT LLP
ROSSLYN HUMMER, SBN 190615
bhummer@hansonbridgett.com
SEAN G. HERMAN, SBN 302261
sherman@hansonbridgett.com
THOMAS M. HAN, SBN 357926
than@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
RISE GRASS VALLEY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION, | Case No. 2:24-CV-03643-WBS-CSK |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT** |
| v. | Judge:        Hon. William B. Shubb |
| RISE GRASS VALLEY, INC., | Courtroom:    5 |
| Defendant. | Action Filed:    Dec. 20, 2024 |

Pursuant to Local Rule 230(f), Plaintiff Community Environmental Advocates Foundation and Defendant Rise Grass Valley, Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to and request the Court enter an order continuing the hearing date on the motion for summary judgment from April 13, 2026 to **April 27, 2026** at 1:30 p.m.

WHEREAS, the Court set July 10, 2026 as the deadline for the Parties to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications;

WHEREAS, the Court set November 17, 2026 as the trial date;

WHEREAS, Plaintiff filed its Notice of Motion and Motion for Partial Summary Judgment on February 25, 2026 with a hearing date of April 13, 2026;

WHEREAS, the Parties propose to modify the hearing date to April 27, 2026 because

-1-                    Case No. 2:24-CV-03643-WBS-CSK

22737358.1

Counsel for Defendant is unavailable on April 13, 2026 due to pre-scheduled travel commitments.

WHEREAS, the Parties have not made any prior requests for extensions to the hearing date on the motion for summary judgment.

NOW THEREFORE, the Parties stipulate and agree to a continuance of the hearing date on the motion for summary judgment in this case from April 13, 2026 to April 27, 2026.

DATED: March 3, 2026                              HANSON BRIDGETT LLP


By:        /s/ *Sean G. Herman*
ROSSLYN HUMMER
SEAN G. HERMAN
THOMAS M. HAN
Attorneys for Defendant
RISE GRASS VALLEY, INC.


DATED: March 3, 2026                              SHUTE, MIHALY & WEINBERGER LLP


By:        /s/ *Ryan Gallagher*
ELLISON FOLK
RYAN GALLAGHER
Attorneys for Plaintiff
COMMUNITY ENVIRONMENTAL
ADVOCATES FOUNDATION

## <u>PROOF OF SERVICE</u>

**Community Environmental Advocates Foundation v. Rise Grass Valley, Inc.**
**Case No. 2:24-CV-03643-WBS-CSK**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On March 3, 2026, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE THE HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

Ellison Folk                                      Attorneys for Plaintiff
Ryan K. Gallagher                            Community Environmental Advocates
Shute, Mihlaly & Weinberger LLP       Foundation
550 California Street, Suite 1200
San Francisco, CA 94104
T: (415) 552-7272
F: (415) 552-5816
E: folk@smwlaw.com
    rgallagher@smwlaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 3, 2026, at San Lorenzo, California.

_____
Delores M. McCullum

Case No. 2:24-CV-03643-WBS-CSK

22737358.1

JOINT STIP. TO CONTINUE THE HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT