HANSON BRIDGETT LLP
ROSSLYN HUMMER, SBN 190615
bhummer@hansonbridgett.com
SEAN G. HERMAN, SBN 302261
sherman@hansonbridgett.com
THOMAS M. HAN, SBN 357926
than@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
RISE GRASS VALLEY, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24-CV-03643-WBS-CSK<br><br>**ORDER TO CONTINUE THE HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:        Hon. William B. Shubb<br>Courtroom:    5<br><br>Action Filed:    Dec. 20, 2024 |

## **ORDER**

Based on the Joint Stipulation to Continue the Hearing Date on the Motion for Summary Judgment and **GOOD CAUSE** appearing, it is hereby ordered that the April 13, 2026 hearing date on the motion for summary judgment is continued to **May 11, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  March 5, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE