HANSON BRIDGETT LLP
ROSSLYN HUMMER, SBN 190615
bhummer@hansonbridgett.com
SEAN G. HERMAN, SBN 302261
sherman@hansonbridgett.com
THOMAS M. HAN, SBN 357926
than@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
RISE GRASS VALLEY, INC.

ANDREW W. SCHWARTZ (SBN 87699)
schwartz@smwlaw.com
ELLISON FOLK (SBN 149232)
folk@smwlaw.com
RYAN K. GALLAGHER (SBN 344349)
rgallagher@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California 94104

Attorneys for Plaintiff
COMMUNITY ENVIRONMENTAL
ADVOCATES FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY ENVIRONMENTAL ADVOCATES FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>RISE GRASS VALLEY, INC.,<br><br>Defendant. | Case No. 2:24-CV-03643-WBS-CSK<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO CONTINUE TRIAL AND TO BIFURCATE REMEDIES DISCOVERY AND TRIAL ON REMEDIES; ORDER**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom:  5<br><br>Action Filed:   Dec. 20, 2024 |

Pursuant to Local Rules 143 and 144, Plaintiff Community Environmental Advocates Foundation ("CEA Foundation") and Defendant Rise Grass Valley, Inc. ("Rise") (collectively, the

1   Case No. 2:24-CV-03643-WBS-CSK

STIP. TO MODIFY SCHEDULING ORD. TO CONTINUE TRIAL AND BIFURCATE LITIGATION, ENTER NEW
SCHEDULING ORDER RE REMEDIES PHASE; ORDER

22936104.1

"Parties"), by and through their respective counsel of record, hereby stipulate to and request that the Court modify the operative February 2, 2026 Scheduling Order (Dkt 19) to continue the trial date and to bifurcate the trial and discovery schedule.

WHEREAS, the Court's initial Scheduling Order set September 21, 2026 as the date for the Final Pretrial Conference and November 17, 2026 as the trial start date (Dkt 15 at 4);

WHEREAS, Ellison Folk, lead counsel for Plaintiff CEA suffered a serious family emergency in October, 2025;

WHEREAS, on February 6, 2026, the Court issued an order that modified the pretrial discovery deadlines to accommodate that family medical emergency, but which did not modify the other pre-trial or trial dates in the initial Scheduling Order (Dkt 19 at 2);

WHEREAS, the ongoing commitments of Ms. Folk with respect to medical care for her family member make it impossible for her to serve as lead counsel at trial;

WHEREAS, the attorney who would serve as lead trial counsel for CEA Foundation, Andrew Schwartz, is not available the week of November 18 because his son is getting married;

WHEREAS, on February 25, 2026, CEA Foundation moved for partial summary judgment as to Rise's liability (Dkt 21);

WHEREAS, CEA Foundation's motion for partial summary judgment is scheduled for hearing on May 11, 2026 (Dkt 32);

WHEREAS, on February 6, 2026, CEA Foundation propounded its second set of discovery requests on Rise seeking information relating to Rise's financial condition;

WHEREAS, on March 10, 2026, CEA Foundation propounded its third set of discovery requests on Rise seeking information relating to CEA Foundation's remedies;

WHEREAS, Rise believes that such discovery into its financial condition and potential remedies will be time-consuming and costly and would not be necessary if it is not found liable for violating the Clean Water Act;

WHEREAS, in the interest of judicial economy and efficient use of resources, the Parties agreed to defer discovery concerning Rise's financial condition and CEA Foundation's remedies until after the November 17, 2026 trial date, should these issues become relevant and material;

22936104.1

WHEREAS, the parties agree that a short continuance of the trial to accommodate the family commitments of counsel for CEA Foundation is appropriate;

WHEREAS, trial counsel for Rise and CEA Foundation are available for trial on February 2, 2027;

WHEREAS, expert witnesses for Rise and CEA Foundation are available for trial on February 2, 2027;

WHEREAS, the Parties further propose to bifurcate the discovery and trial schedule by (1) retaining existing pretrial deadlines for discovery, but entering a short continuance to continue the current final pretrial conference and trial date, and limiting these deadlines to discovery and trial relating to liability, and (2) establishing a separate, subsequent phase of litigation after the liability trial for discovery and final resolution of remedies issues, as set forth below.

NOW THEREFORE, the Parties hereby stipulate and request that the Court enter the [Proposed] Order to modify the Scheduling Order as follows:

**Current Schedule: Modify to Limit to Discovery and Trial Relating to Liability; Continue Final Pretrial Conference and Trial Date**

| EVENT | DATE |
| --- | --- |
| Opening expert disclosures and reports | April 27, 2026 |
| Rebuttal expert disclosures and reports | May 29, 2026 |
| Deadline for all discovery, including deadline to hear any discovery motions. | June 29, 2026 |
| Deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications. | July 10, 2026 |
| Final Pretrial Conference regarding Liability Trial | December 14, 2026 |
| Trial Date as to Liability | February 2, 2027 |

**Proposed Phase II Schedule: Discovery and Trial Relating to Remedies**

STIP. TO MODIFY SCHEDULING ORD. TO CONTINUE TRIAL AND BIFURCATE LITIGATION, ENTER NEW SCHEDULING ORDER RE REMEDIES PHASE; ORDER

22936104.1

| EVENT | DATE |
|---|---|
| Opening expert disclosures and reports | March 17, 2027, or four (4) months following the Court's ruling on liability, whichever is later |
| Rebuttal expert disclosures and reports | April 18, 2027, or five (5) months following the Court's ruling on liability, whichever is later |
| Deadline for all discovery, including deadline to hear any discovery motions. | May 17, 2027, or six (6) months following the Court's ruling on liability, whichever is later |
| Final Pretrial Conference regarding Remedy Trial | June 14, 2027, or seven (7) months following the Court's ruling on liability, whichever is later |
| Trial Date as to Remedies | July 12, 2027, or eight (8) months following the Court's ruling on liability, whichever is later |

DATED: April 15, 2026                    HANSON BRIDGETT LLP


By: _____/s/_____
ROSSLYN HUMMER
SEAN G. HERMAN
THOMAS M. HAN
Attorneys for Defendant
RISE GRASS VALLEY, INC.


DATED: April 15, 2026                    SHUTE, MIHALY & WEINBERGER LLP


By: _____/s/ Ryan Gallagher_____
ANDREW SCHWARTZ
ELLISON FOLK
RYAN GALLAGHER
Attorneys for Plaintiff
COMMUNITY ENVIRONMENTAL
ADVOCATES FOUNDATION

STIP. TO MODIFY SCHEDULING ORD. TO CONTINUE TRIAL AND BIFURCATE LITIGATION, ENTER NEW
SCHEDULING ORDER RE REMEDIES PHASE; ORDER

22936104.1

## ORDER

Based on the Joint Stipulation to Modify Pretrial Scheduling Order to Bifurcate Discovery Schedule and **GOOD CAUSE** appearing, it is hereby ordered that the Scheduling Order be modified to bifurcate the discovery and trial schedule as follows:

**Current Schedule: Modify to Limit to Discovery and Trial Relating to Liability; Continue Final Pretrial Conference and Trial Date**

| EVENT | DATE |
|---|---|
| Opening expert disclosures and reports | April 27, 2026 |
| Rebuttal expert disclosures and reports | May 29, 2026 |
| Deadline for all discovery, including deadline to hear any discovery motions. | June 29, 2026 |
| Deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications. | July 10, 2026 |
| Final Pretrial Conference regarding Liability Trial | December 14, 2026 at 1:30 p.m. |
| Trial Date as to Liability | February 2, 2027 at 9:00 a.m. |

**Proposed Phase II Schedule: Discovery and Trial Relating to Remedies**

| EVENT | DATE |
|---|---|
| Opening expert disclosures and reports | March 17, 2027 |
| Rebuttal expert disclosures and reports | April 19, 2027 |
| Deadline for all discovery, including deadline to hear any discovery motions. | May 17, 2027 |
| Final Pretrial Conference regarding Remedy Trial | June 14, 2027 at 1:30 p.m. |

///

////

///

Case No. 2:24-CV-03643-WBS-CSK

STIP. TO MODIFY SCHEDULING ORD. TO CONTINUE TRIAL AND BIFURCATE LITIGATION, ENTER NEW SCHEDULING ORDER RE REMEDIES PHASE; ORDER

22936104.1

**Proposed Phase II Schedule: Discovery and Trial Relating to Remedies (cont'd.)**

| EVENT | DATE |
|---|---|
| Trial Date as to Remedy | August 10, 2027 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  April 16, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No. 2:24-CV-03643-WBS-CSK

STIP. TO MODIFY SCHEDULING ORD. TO CONTINUE TRIAL AND BIFURCATE LITIGATION, ENTER NEW SCHEDULING ORDER RE REMEDIES PHASE; ORDER

22936104.1